# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> v. <br><br> RODRIGO EMMANUEL RODRIGUEZ, <br><br> Defendant. | Case No.: 20-CR-1448-CAB <br><br> **ORDER GRANTING JOINT MOTION TO ALLOW DEFENDANT TO WITHDRAW HIS GUILTY PLEA** <br><br> Judge: Hon. Cathy Ann Bencivengo |

Upon the joint motion, the Court finds that there are "fair and just reason[s]" to allow Defendant to withdraw his guilty plea to the Information and plead guilty to the Superseding Information.

**IS IT HEREBY ORDERED** the joint motion is granted and the defendant is allowed to withdraw his guilty plea to the Information.

**IT IS SO ORDERED.**

DATED: 6/18/2021

_____
Hon. Cathy Ann Bencivengo
United States District Court Judge